FRANK X. DIPOLITO (137157)
ROSS I. LANDAU (259260)
SWAIN & DIPOLITO LLP
879 W. 190th Street, Suite 305
Gardena, California 90248
Telephone: (310) 715-1338
Facsimile: (310) 715-1404
E-mail: fdipolito@swaindipolito.com
       rlandau@swaindipolito.com

Attorneys for Defendant,
GOLD POINT TRUCKING, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MADE IN NATURE, LLC, | Case No.: 1:17-cv-00498-LJO-EPG |
| Plaintiff, | Honorable Lawrence J. O'Neill |
| vs. | ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT GOLD POINT TRUCKING, INC. |
| KARANDEEP SINGH SAGOO, an individual; BBJ TRUCKING, business entity of unknown type; GOLD POINT TRUCKING, INC., a California corporation; CHD TRANSPORT, INC., a California corporation, | ECF No. 16 |
| Defendants. | |

Having reviewed the parties' Stipulation to Set Aside Clerk's Entry of Default as to Defendant GOLD POINT TRUCKING, INC., and good cause appearing therefor:

IT IS ORDERED that the default entered by the Clerk of this Court against GOLD POINT TRUCKING, INC. on July 6, 2017 be and hereby is vacated; and

- 1 -

IT IS FURTHER ORDERED that within 21 days of the entry of this Order, Defendant GOLD POINT TRUCKING, INC. shall file an Answer to the Complaint herein.

IT IS SO ORDERED.

Dated: **September 26, 2017**                    /s/

UNITED STATES MAGISTRATE JUDGE