UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADE IN NATURE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KARANDEEP SINGH SAGOO, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-00498-LJO-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE<br><br>(ECF No. 24) |

On February 2, 2018, the parties filed a stipulation for dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. (ECF No. 24). Thus, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **February 5, 2018**            /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE